# IN THE UNITED STATES BANKRUPTCY COURT, DISTRICT OF PUERTO RICO

| IN RE: FRANCISCO LUIS RODRIGUEZ DIAZ | Bkrtcy. No. 11-03056-ESL |
|---|---|
| | Chapter 13 |

## STANDING CHAPTER 13 TRUSTEE §341 MEETING MINUTES AND REPORT ON CONFIRMATION

| Petition Filing Date: Apr 11, 2011 | Meeting Date: Oct 05, 2011 | DC Track No. 23 |
|---|---|---|
| Days from petition date: 177 | Meeting Time: 3:00 PM | |
| 910 Days before Petition: 10/13/2008 | ☐ Chapter 13 Plan Date: May 16, 2011 Dkt.# 16 | ☐ Amended. |
| This is debtor(s) 1 Bankruptcy petition. | Plan Base: $39,840.00 | |
| This is the 2 Scheduled Meeting | Confirmation Hearing Date: Nov 09, 2011 | Time: 2:00 PM |

Payment(s) ☐ Received or ☐ Evidence shown at meeting:
Ck/MO No. — Date — Amount — Total Paid In: $1,600.00

### I. Appearances:
- ☐ Telephone ☐ Video Conference
- ☒ Debtor Present  ☒ ID & Soc. OK  ☐ Debtor Absent
- ☐ Joint Debtor Present  ☐ ID & Soc. OK  ☐ Joint Debtor Absent
- Debtor(s) was/were ☒ Examined ☐ Not Examined under oath.
- Attorney for Debtor(s) ☒ Present ☐ Not Present
- ☐ Substitute attorney: J. Jimenez ☐ Pro-se.
- ☐ Creditor(s) present: ☒ None.

### II. Attorneys Fees as per R 2016(b) Statement
Attorney of record: **ALMEIDA & DAVILA PSC**
Total Agreed: $3,000.00  Paid Pre-Petition: $900.00  Outstanding: $2,100.00 THROUGH THE PLAN

### III. Trustee's will file Motion to Dismiss:
☐ For Failure to appear; ☐ For Failure to commence payments.

### IV. Trustee's Report on Confirmation & Status of §341 Meeting
- Debtor(s) Income is (are) ☐ Under ☒ Above Median Income.   Liquidation Value: —0—
- Commitment Period is ☐ 36 ☒ 60 months. [§1325(b)(1)(B)] Gen. Unsecured Pool: 18%
- The Trustee ☐ RECOMMENDS ☒ OBJECTS Plan confirmation.
- §341 Meeting ☐ CONTINUED ☐ NOT HELD ☒ CLOSED ☐ HELD OPEN FOR ___ DAYS
- §341 Meeting Rescheduled for: ___

### V. Trustee's OBJECTIONS to Confirmation:
- ☐ FEASIBILITY [§1325(a)(6)]  ☐ INSUFFICIENTLY FUNDED  ☐ To pay §507  ☐ Fails Creditor's Best Interest Test §1325(A)(4)
- ☐ FAILS DISPOSABLE INCOME REQUIREMENTS  ☐ Tax returns requirements. [§1308]
- ☒ Failure to comply with DSO requirements  ☐ Plan not filed in Good Faith §1325(a)(3)  ☐ Unfair Discrimination §1322(a)(3)

**ADDITIONAL OBJECTIONS / COMMENTS:**

(1) Submit DSO Recipient Statement, regarding debtor being up to date in child support post petition.

(2) Debtor sold vehicle Ford E-250.

/s/ José R. Carrión
Trustee

Presiding Officer

Page 1 of 2    Date: Oct 05, 2011

**ADDITIONAL OBJECTIONS / COMMENTS:**

in August 2011 for $4,000.00 to pay back to school expenses and tuition for children. Trustee request all the documents regarding the (5) sale of the Truck and expenses.

(3) Debtor needs to submit how the amount of $5,000.00 is determined. to fund the plan. Trustee needs to evaluate income + expenses from Business in order to determine feasibility of plan.

Submit Tax return, ~~IVU~~ from Colmado.

(4) Debtor needs to clarify when loan listed in Sch F. was refinance loan with F. Bank. XXX 5164 (opened in 3/1/2011 - Last active 4/1/11) petition filed April 11, 2011.

(*) Debtor stated his spouse is contemplating filing Bankruptcy.

(5) Debtor bought Toyota 1998 Camry with some of the proceeds of the sale of the Truck.

Trustee / Presiding Officer    Page 2 of 2    Date: Oct. 5, 2011