# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

## Minute Entry

### Hearing Information:

Debtor: FRANCISCO LUIS RODRIGUEZ DIAZ
Case Number: 11-03056-ESL13
Date / Time / Room: 11/9/2011 2:00 PM osjcrt2
Bankruptcy Judge: ENRIQUE S. LAMOUTTE
Courtroom Clerk: SHANDA RODRIGUEZ
Reporter / ECR: ADA LOPEZ

Chapter: 13

*Pending: mt. for BBVA.*
*MTD BBVA (#38)*

### Matter:

Confirmation Hearing of plan dated 5/16/2011 (#15)
Motion to dismiss filed by Trustee (#29)
Debtor's response (#33)

### Appearances:

JOSE RAMON CARRION MORALES
ZELMA B DAVILA CARRASQUILLO

*Jose Jimenez*   *A. Tiffany Bluza, BBVA.*

### Proceedings:

ORDER:

___ (Amended) dated _____ [Docket no. ___] ___CONFIRMED ___ NOT CONFIRMED ___ LBR 3015

**X** Movant's application to withdraw motion *(M 7?)* is hereby granted. Re: Docket No. **29**

___ Upon debtor[s]' failure to: ___ to appear at the 341 meeting of creditors, ___ make current payments to the Chapter 13 trustee, ___ appear at the hearing on confirmation, it is now ordered that the instant petition be and it is hereby dismissed.

The trustee is awarded $100.00 costs, ___ balance up to balance of fee to debtor[s]' attorney.

___ Debtor[s]' request for conversion to Chapter 7 is hereby granted. ___ The $25.00 conversion fee shall be paid to the Clerk from the funds held by the Chapter 13 trustee. The Chapter 13 trustee is awarded $100.00 costs.

___ Debtor[s]' request for dismissal is hereby granted. The Chapter 13 trustee is awarded $100.00 costs.

___ There being no opposition, debtor[s]' request to set aside dismissal order [Docket # ___] is hereby granted.

___ The parties are granted ___ days to file a settlement agreement.

**X** Hearing on Confirmation/Contested Matter is continued to: **2.8.2012 at 2:00 P.M.**
*if contested*

___ Attorney's Fees: $3,000.00; Other: **\***

*Debtor to provide insurance quote within 7 days re BBVA.*
*Trustee granted 21 days to submit recommendation.*
*If fav., plan may be confirmed.*
*If plan conf., MTD (#38) will be denied.*

/s/ Enrique S. Lamoutte
U.S. Bankruptcy Judge